EXHIBIT B

# *Abersham Commercial Services Ltd*

Essex Office
21 Fyfield Business Park
Ongar
Essex. England. CM5 0GN
Tel: +1277 366 242
Fax: +1277 365 516
info@abersham.com

9th June 2008

Messrs Rick Ostergaard & Lee Celske
Superior Composite Structures LLC
Aledo, Illinois. 61231

Dear Sirs,

**Letter of Commitment**

Please accept this as a firm order for 100,000 sq ft of housing (circa one hundred houses) from Superior Composite Structures LLC.

Abersham would like also to reserve the right to increase this order by a further 100,000 sq ft of housing on the start of your production at Abersham's discretion.

We would wish to receive the houses at the rate of ten per month, in order for you to be able to service other clients of Superior Composite Structures LLC.

Once you have committed to the timing of the factory we will firm up dates and costs

We wish you well in your venture and look forward to hearing from you.

Yours sincerely

Richard Irving
Director of Business Development

UK Head Office:
Tel: (44) 1603 781 066
Fax: (44) 1603 781 866
E-mail: admin@abersham.com

Registered in England Company Number 424 4664