

**Lee A. Celske**

**From:** Malcolm [malcolm@abersham.com]
**Sent:** Thursday, April 02, 2009 6:11 AM
**To:** RickOstergaard07@aol.com
**Cc:** Lee A. Celske
**Subject:** When the going gets tough

Well boys this is fun isn't it?

All the old sayings ring true. You know the darkest time and all that.

Last night I told you I would secure the 400 plus security from project funds and I will. Think on this is to remove the need for you to give personal assurance. Don't mishear what I've said be clear and understand there is no wiggle room in this.

1, We will deposit from project funds the required cash security to cover your bank. This should by rights be done on a related risk basis that is as your draw down increases the deposit increases. I would not wish to leave it with him but to place it in an account to his order that he accepts. This is so that as later on I'm able to secure by other means the guarantee then I can release my money at some point. If he holds it it will be the last cash released and could get caught up in your day to day banking.

2, You will transfer 6% ordinary non diluting shares. ( you know I'm not motivated by a shareholding therefore a buy back deal if you want it would be ok).

Be clear This deal comes off the table at 12pm Friday. This is set in stone


On separate points

I told you I have now paid out money on machinery. Some of this is certainly my fault as I took the gamble of the time your project would take and wanted to get ahead. The only problem we all have had is time so in that we all are in the same boat. I asked you to help out and now would be the time. I would like you to increase the deposit by 100k. Please give me your answer today.


Finally
You know the face of this business is changing by the minute. Now is the time you have to get there. If more time passes what we all are trying to do in S Dakota will be out of place. I know you are working your asses off.

**Get her done**
**Malcolm**

5/2/2010