

EXHIBIT F

Dear Rick and Lee,

Further to our meeting yesterday we are writing to clarify the current working relationship between Abersham and SCS and to outline some options we would like to put forward for SCS to work with us within the new business model that Abersham now has.

As you know we got into a situation with Mike Klumb that necessitated us buying back the Brookfield factory and we have now started producing products from that facility. One of the key hurdles for everyone looking to benefit from the Ambiente product has always been the availability of production. With Abersham taking direct control of the Brookfield factory we have now solved that problem and everyone can benefit from that.

While we think this is a positive move for everyone concerned it has necessitated a restructure of the Abersham business and part of that restructure means that Abersham is no longer looking to sell factories. Consequently we are no longer able to offer SCS the opportunity to buy a factory. However we know and understand this is a disappointment for you and we recognise the time, effort and money SCS have spent to date on trying to get into a position to purchase a factory so would still like to offer you an opportunity to develop a profitable business by becoming a Licenced Reseller, Marketing Agent and or Constructor.

During our recent discussions you have maintained that you are not interested in become 'just a sales organisation' but we would like you to reconsider this position as there is still a good business opportunity in taking on one or more of these roles that does not require you finding a large amount of funding to get started and with production now readily available you can get started straight away.