UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SUPERIOR COMPOSITE STRUCTURES, LLC, | ) ) ) | Civil No. 10-4066 |
| Plaintiff, | ) ) ) | SUMMONS |
| vs. | ) ) | |
| ABERSHAM COMMERCIAL SERVICES, LTD., AND MALCOLM PARRISH, INDIVIDUALLY, | ) ) ) ) | |
| Defendants. | ) ) | |

TO THE ABOVE-NAMED DEFENDANTS:

You are hereby summoned and required to serve upon David L. Nadolski and Amy L. Arndt of Lynn, Jackson, Shultz & Lebrun, P.C., attorneys for the Plaintiff, whose address is 110 N. Minnesota Ave., Suite 400, Sioux Falls, SD 57101-2700, an Answer to the Complaint which is herewith served upon you, within twenty-one (21) days after the service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default may be rendered against you for the relief requested in the Complaint.

Dated this 14th day of June, 2010.

LYNN, JACKSON, SHULTZ & LEBRUN, P.C.

By: _David L Nadolski_
David L. Nadolski
Amy L. Arndt
Attorneys for Plaintiff
P.O. Box 2700
Sioux Falls, SD 57101-2700
605-332-5999
dnadolski@lynnjackson.com
aarndt@lynnjackson.com