**State of Wisconsin** — **Affidavit of Process Server** — **County of**

Check here if: ___ DWD or _X_ USDC ___ Dist. of South Dakota, Southern Division

☐ Milwaukee
☐ Waukesha
☐ Washington
☐ Ozaukee
☐ Racine

Court/Appearance Date: _____
Case Number: Civil No. 10-4066

Superior Composite Structures, LLC vs Abersham Commercial Services, Ltd. and Malcom Parrish Individually

I the undersigned, am an adult resident of the state and not a party to the action. I hereby, certify that on **6-15-**, 20**10** at **7:30** a.m./p.m., I duly served/or attempted to serve, (see non service section)

NAME: **Abersham Commercial Services, Ltd.**

(X) DEFENDANT  ( ) PETITIONER
( ) GARNISHEE DEFENDANT  ( ) RESPONDENT  ( ) OTHER ATTEMPT DATES _____
( ) PLAINTIFF  ( ) WITNESS

by serving: **Simon Parrish** (Name) **Registered Agent** (Title) at

Home: **2140 Hillcrest Drive** **Delafield** Wisconsin
Business: _____ Wisconsin

**Manner of Service:**

☐ Personally serving said individual so named. (Not to be used for substitution of service)

☒ Corporate Service: by leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof.

☐ Substitution of service: After diligent search and inquiry, having made ____ attempts by leaving true & correct copies of the above documents with a competent member of the family over the age of 14, and informed that person of the contents thereof. (See other attempt dates.)

☐ By posting copies in a conspicuous manner to the address of the person/entity being served. (Use only for evictions.)

☐ Copies of the documents were mailed by prepaid, first class mail on: (For eviction only) _____ Date _____ From

**Non-Service:** after due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at address   ☐ Moved no forwarding   ☐ Refuses to cooperate in acceptance
☐ Address does not exist   ☐ Evading   ☐ Service cancelled by litigant
☐ Not home three attempts   ☐ Unable to serve in a timely fashion   ☐ Search was conducted, whereabouts unknown

**Type of Documents:**

( ) SUMMONS & COMPLAINT
(X) AUTHENTICATED SUMMONS & COMPLAINT
( ) EVICTION: SUMMONS & COMPLAINT
( ) NOTICE OF MOTION & MOTION
( ) CONFERENCE ORDER
( ) OTHER: _____

( ) ORDER TO SHOW CAUSE & AFFIDAVIT
( ) GARNISHEE SUMMONS & COMPLAINT EARNINGS - NON EARNINGS
( ) SUBPOENA - SUBPOENA DUCES TECUM
( ) SUMMONS AND PETITION
( ) NOTICE OF/TERMINATING TENANCY/PAY OR QUIT
( ) WRITTEN INTERROGATORIES & REQUEST FOR PRODUCTION OF DOCUMENTS.

At the time of service, I did place upon it the date, time, manner and my name, leaving a true and correct copy thereof, and that the server knew the person so served to be the defendant (or other) mentioned and named therein.

NUMBER OF ATTEMPTS **1**   NUMBER OF ADDRESSES ATTEMPTED (If more than one) **1**

SERVICE FEE $ **64.00**   WITNESS FEE $ _____
GARNISHEE FEE $ _____   SEARCH FEE $ _____
MAILING FEE $ _____   MILEAGE $ _____

Server's Name: **Patrick Doyle** (print)
Server's Signature: /s/

Subscribed and sworn to before me
this **17** day of **June**, 20**10**
/s/ Shelly L. M____
NOTARY PUBLIC, State of Wisconsin
My Commission Expires **12-15-2013**

*Accurate Process Service, LLC*
*P.O. Box 1414 (mailing address)*
*Milwaukee, Wisconsin 53201-1414*
*414-423-4341*