UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| SUPERIOR COMPOSITE STRUCTURES, LLC, | ) ) ) | Civ. 10-4066-KES |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | ORDER EXTENDING TIME |
| ABERSHAM COMMERCIAL SERVICES, LTD and MALCOM PARRISH, | ) ) ) ) | |
| Defendants. | ) ) | |

In an order dated January 4, 2011, this court ordered that John D. Mayne, with the firm of Bikakis, Mayne, Arneson, Hindman & Hisey, forward a copy of the Order Denying Motion for Leave to Withdraw Without Substitution as Counsel for Abersham Commercial Services, LTD. and Malcom Parrish. Counsel has notified the court that the order was not forwarded until January 17, 2011. Therefore, it is

ORDERED that defendants have until **February 22, 2011** to substitute counsel. Mayne shall forward a copy of this order to defendants.

Dated January 20, 2011.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE