UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| SUPERIOR COMPOSITE STRUCTURES, LLC, | ) ) ) | CIV. 10-4066-KES |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | ORDER GRANTING DEFENDANTS' MOTION TO EXTEND DEFAULT DEADLINE |
| ABERSHAM COMMERCIAL SERVICES, LTD. and MALCOLM PARRISH, individually, | ) ) ) ) | |
| Defendants. | ) | |

  Counsel for defendants, John D. Mayne, with the firm of Bikakis, Mayne, Arneson, Hindman & Hisey, moved for leave to withdraw as counsel without substitution. Because Abersham Commercial Services, Ltd. is a corporation, it may not proceed pro se in court. Accordingly, on January 4, 2011, the court denied Attorney Mayne's motion without prejudice and ordered him to forward a copy of the order to defendants by February 4, 2011. Docket 12. Attorney Mayne notified the court that he did not forward the order to defendants until January 17, 2011. Docket 13. On January 20, 2011, the court gave defendants until February 22, 2011, to secure substitute counsel before a default judgment is entered against them. Docket 14.

  Attorney Mayne now moves to extend the default deadline of February 22, 2011, by two weeks. Docket 17. In support, Attorney Mayne attached emails from another Sioux Falls law firm that is scheduled to meet with defendant

Malcom Parrish next week. Docket 17-1 and 17-2. Attorney Mayne agrees that a two-week extension is appropriate. Good cause appearing, it is

ORDERED that defendants' motion to extend default deadlines (Docket 17) is granted. Defendants have until **March 8, 2011**, to retain new counsel or a default judgment will be entered against them.

Dated February 28, 2011.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE