


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| SUPERIOR COMPOSITE STRUCTURES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ABERSHAM COMMERCIAL SERVICES, LTD and MALCOM PARRISH,<br><br>    Defendants. | 4:10-CV-04066-KES<br><br><br>APPEARANCE OF MALCOLM PARRISH |

Malcolm Parrish appears pro se.

_____
Malcolm Parrish

I hereby certify that on March 19 2011, a copy of the foregoing document was served upon the attorney whose name appears below by email or by mailing it by first class mail to the attorney's last known address

_____  3/19/2011
Malcolm Parrish

David L. Nadolski [dnadolski@lynnjackson.com]
Amy L. Arndt  [aarndt@lynnjackson.com]
PO Box 2700
Sioux Falls, SD 57101-2700