UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| SUPERIOR COMPOSITE STRUCTURES, LLC, | ) ) ) ) | Civil No. 10-04066 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **AFFIDAVIT OF LEE A. CELSKE** |
| ABERSHAM COMMERCIAL SERVICES, LTD., AND MALCOLM PARRISH, INDIVIDUALLY, | ) ) ) ) ) | |
| Defendants. | ) ) | |

STATE OF ILLINOIS )
 :ss
COUNTY OF  Mercer )

Lee A. Celske, being first duly sworn on oath, deposes and says:

1. I am the Chief Executive Officer of Superior Composite Structures, LLC, which is the Plaintiff in the above-captioned matter. I make this affidavit in support of Plaintiff's Second Renewed Motion for Default Judgment Against Abersham Commercial Services, Ltd.

2. Superior Composite Structures, LLC has paid Defendant, Abersham Commercial Services, Ltd. the following payments on the following dates:

| | |
|---|---|
| August 13, 2008 | $250,000 |
| April 4, 2009 | $100,000 |
| Total | $350,000 |

3. As is more specifically set forth in the Verified Complaint on file herein, Superior Composite Structures, LLC has received nothing in return from Abersham Commercial Services, Ltd. for the payments made by Superior Composite Structures, LLC.

4. In addition to the payments made to Abersham Commercial Services, Ltd., Superior Composite Structures, LLC has incurred $356,856.46 of expenses for computer equipment and start-up costs. These expenses were incurred in reliance on representations made by Defendants for Plaintiff's business venture with Abersham Commercial Services, Ltd.

5. In addition to the out-of-pocket expenses incurred by Superior Composite Structures, LLC and the payments made to Abersham Commercial Services, Ltd., Superior Composite Structures, LLC has a net loss of $126,433.98 as a result of the breaches of contract and material misrepresentations of Abersham Commercial Services, Ltd.

6. Superior Composite Structures, LLC respectfully requests a money judgment against Abersham Commercial Services, Ltd. in the amount of $833,290.44 for damages as a result of the breaches of contract and material misrepresentations of Abersham Commercial Services, Ltd. Attached as Exhibit A and incorporated herein by reference is a true and correct copy of the Statement of Cash Flows of Superior Composite Structures, LLC, which contains an itemization of the above-stated amount.

WHEREFORE, Plaintiff respectfully requests an order, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, from this Court setting a hearing in order to determine that the amount of damages to which Plaintiff is entitled, and, accordingly, the amount of money judgment to be entered against Defendant Abersham Commercial Services, Ltd. is $833,290.44.

Dated this 17 day of May, 2011.

_____
Lee A. Celske

Subscribed to and sworn before me on this __ day of May, 2011.

_____
Notary Public – Illinois
(SEAL) My commission expires: 10-26-2013

```
OFFICIAL SEAL
KRISTINE A. SALMON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-26-2013
```

# Superior Composite Structures, LLC
## Statement of Cash Flows
### All Dates

|  | Total |
|---|---:|
| **OPERATING ACTIVITIES** |  |
| Net Income | -126,433.98 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: |  |
| Loans to Others | 0.00 |
| **Net cash provided by operating activities** | **$ -126,433.98** |
| **INVESTING ACTIVITIES** |  |
| Computer Equipment | -3,088.98 |
| Machinery and equipment | -100,000.00 |
| Machinery and equipment:Original Cost | -250,000.00 |
| Start-Up Costs | -353,767.48 |
| **Net cash provided by investing activities** | **$ -706,856.46** |
| **FINANCING ACTIVITIES** |  |
| Members' Equity | 159,468.17 |
| Members' Equity:Members' Investments | 1,532,680.02 |
| Opening Bal Equity | 0.00 |
| Partner Two Equity | -450,000.00 |
| **Net cash provided by financing activities** | **$1,242,148.19** |
| **Net cash increase for period** | **$408,857.75** |
| **Cash at end of period** | **$408,857.75** |

Thursday, Apr 07, 2011 08:43:19 AM GMT-5

This report was created using QuickBooks Online Plus.

EXHIBIT A (tabbies)

SCS-00578