UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| SUPERIOR COMPOSITE STRUCTURES, LLC, | ) ) ) | Civil No. 10-04066 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **CERTIFICATE OF SERVICE** |
| ABERSHAM COMMERCIAL SERVICES, LTD., AND MALCOLM PARRISH, INDIVIDUALLY, | ) ) ) ) ) | |
| Defendants. | ) | |

I certify that on May 19, 2011, a true and correct copy of *Plaintiff's Requests for Admissions to Defendant Malcolm Parrish* was served via first class mail upon Malcolm Parrish, Redwing Farm, Howletts Loke, Salhouse, Norfolk, NR 13 6EY England.

Dated this 19th day of May, 2011.

LYNN, JACKSON, SHULTZ & LEBRUN, P.C.

*/s/ Eric R. Kerkvliet*
David L. Nadolski
Eric R. Kerkvliet
110 N. Minnesota Ave., Suite 400
P.O. Box 2700
Sioux Falls, SD  57101-2700
(605) 332-5999
(605) 332-4249
dnadolski@lynnjackson.com
ekerkvliet@lynnjackson.com
*Attorneys for Plaintiff*