UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SUPERIOR COMPOSITE STRUCTURES, LLC, | ) ) ) | Civ. 10-4066-KES |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER IMPOSING AWARD OF ATTORNEYS' FEES |
| MALCOLM PARRISH, | ) ) ) | |
| Defendant. | ) | |

On June 13, 2013, this court granted plaintiff's motion for sanctions and ordered defendant, Malcolm Parrish, to pay plaintiff's reasonable expenses, including attorneys' fees, incurred in preparing its renewed motion for sanctions. Plaintiff has filed an affidavit in support thereof. The court finds the number of hours and hourly rate set forth in the affidavit to be reasonable. Good cause appearing, it is

ORDERED that Malcolm Parrish pay plaintiff, Superior Composite Structures, LLC, the amount of $1,335.00, plus sales tax of $80.10, for a total judgment amount of $1,415.10.

Dated August 2, 2013.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT COURT