FILED

AUG 0 5 2013

CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| SUPERIOR COMPOSITE STRUCTURES, LLC, | ) ) | Civ. 10-4066-KES |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGMENT AGAINST |
| vs. | ) | DEFENDANT MALCOLM PARRISH |
| | ) | |
| ABERSHAM COMMERCIAL | ) | |
| SERVICES, LTD., and | ) | |
| MALCOLM PARRISH, individually, | ) | |
| | ) | |
| Defendants. | ) | |

The Clerk having entered default judgment against defendant Malcolm

Parrish, the above-captioned matter came on for hearing on August 2, 2013, at

9 a.m. before the court to determine the amount of damages to which plaintiff is

entitled against defendant Malcolm Parrish, the plaintiff being present through

its corporate representatives and through its attorney, Eric R. Kerkvliet, and the

defendants not being personally present nor present through an attorney, and

the court having considered the pleadings on file herein, and the testimony and

evidence presented at the hearing, it is hereby

ORDERED, ADJUDGED AND DECREED that judgment be entered in

favor of Superior Composite Structures, LLC, and against defendant Malcolm

Parrish in the amount of $2,058,861. The court previously entered judgment

against defendant Abersham Commercial Services, LTD., in the amount of

$849,895.98, which amount is included in the $2,058,861 awarded today.

Defendants Malcolm Parrish and Abersham Commercial Services, LTD., are

jointly and severally liable for the amount of $849,895.98, and defendant Malcolm Parrish is solely liable for the remaining balance on the judgment.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that sufficient testimony and evidence was presented to the court such that the court makes the following findings:

1. $350,000 of the judgment amount set forth above was money obtained by defendant Malcolm Parrish from plaintiff, and said money was obtained by false pretenses, false representations, and/or actual fraud; and

2. The entire judgment amount set forth above is for willful and malicious injury (i.e., deceit) by defendant Malcolm Parrish to plaintiff.

Accordingly,

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this judgment fits within the exceptions to discharge set forth in 11 U.S.C. § 523(2) and (6).

Dated August 2, 2013.

BY THE COURT:

KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE

2